IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 25-CR-200 24 |
| | ) |
| JULIO CUCUL-BOL, | ) Title 18, United States Code, |
| | ) Sections 1014, 1543, and 1546(a). |
| | ) |
| Defendant. | ) |

INDICTMENT

COUNT 1
(False Statement on Application)

**THE GRAND JURY CHARGES:**

On or about November 10, 2023, in Champaign County, in the Central District of Illinois,

**JULIO CUCUL-BOL,**

the defendant, knowingly made a false statement for the purpose of influencing the action of JPMorgan Chase Bank, N.A., the accounts of which are insured by the Federal Deposit Insurance Corporation, in connection with an application in that the defendant falsely stated that his name was Juan Jahaziel Saenz Suarez when in truth and in fact, as the defendant well knew, his name was Julio Cucul-Bol.

1

In violation of Title 18, United States Code, Section 1014.

## COUNT 2
(Possession of a False Permanent Resident Card)

**THE GRAND JURY CHARGES:**

On or about January 19, 2025, in Champaign County, in the Central District of Illinois,

**JULIO CUCUL-BOL,**

the defendant, knowingly possessed a permit and other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a Permanent Resident Card in the name of Juan Suarez, which the defendant knew to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT 3
(Possession of a False Social Security Card)

**THE GRAND JURY CHARGES:**

On or about January 19, 2025, in Champaign County, in the Central District of Illinois,

**JULIO CUCUL-BOL,**

the defendant, knowingly possessed a permit and other document prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is, a Social Security Card in the name of Juan Suarez, which the

defendant knew to be forged, counterfeited, altered, falsely made, and otherwise unlawfully obtained.

In violation of Title 18, United States Code, Section 1546(a).

## COUNT 4
(False Use of a Passport)

**THE GRAND JURY CHARGES:**

On or about November 10, 2023, in Champaign County, in the Central District of Illinois,

**JULIO CUCUL-BOL,**

the defendant, willfully and knowingly used and attempted to use a false, forged, and counterfeited passport or instrument purporting to be a passport.

In violation of Title 18, United States Code, Section 1543.

A TRUE BILL

Redacted

FOREPERSON

Redacted

GREGORY M. GILMORE
ACTING UNITED STATES ATTORNEY
WJL